

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2024

No. 04-24-00811-CR

**EX PARTE** Luis Angel **LIRA ALONSO**

From the County Court, Kinney County, Texas
Trial Court No. 11054CR
Honorable Molly Francis, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, we **DISMISS** Luis Angel Lira Alonso's appeal.

It is so **ORDERED** on December 18, 2024.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2024.

_____
Luz Estrada, Chief Deputy Clerk

